UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.:
1:22-cv-07093-LDH-RER

Plaintiffs,

-against-

SVETLANA FISH, PHYSICIAN, P.C., COMPLETE
EXPRESS MEDICAL P.C. and SVETLANA FISH,
M.D.

Defendants.
----------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and counsel for Svetlana Fish, M.D., Svetlana Fish, Physician, P.C., and Complete Express Medical, P.C. (collectively the "Defendants"), that all claims in this action asserted by Plaintiffs against the Defendants are dismissed, with prejudice, pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: August 30, 2023

18

6208896.v2

RIVKIN RADLER LLP

By: _____
    Barry I. Levy, Esq.
    Michael Sirignano, Esq.
    Joshua D. Smith, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

JAMES R. FROCCARO, JR. ESQ.

By: _____
    James R. Froccaro, Jr., Esq.
20 Vanderventer Avenue, Suite 103W
Port Washington, New York 11050

*Counsel for Svetlana Fish, M.D., Svetlana Fish, Physician, P.C., and Complete Express Medical P.C.*

19